1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    WILLIAM MAY ATHERTON,                          No.  2:20-CV-0594-DMC-P

12              Plaintiff,

13        v.                                          ORDER

14    OMONIYI AKINTOLA, et al.,

15              Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42

18    U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not assigned

19    to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge

20    jurisdiction and the Court now finds that assignment of a District Judge is necessary to properly

21    address the case.

22              Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

23    randomly assign a District Judge and to update the docket to reflect the new case number.

24

25    Dated:  September 1, 2021

26                                                    _____

27                                                    DENNIS M. COTA
                                                      UNITED STATES MAGISTRATE JUDGE
28

                                                      1