UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MAY ATHERTON,<br><br>Plaintiff,<br><br>v.<br><br>OMONIYI AKINTOLA, et al.,<br><br>Defendants. | No. 2:20-cv-00594-TLN-DMC<br><br><br><br>**ORDER** |

Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to the Local Rules.

On April 25, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  (ECF No. 22.)  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 25, 2022 (ECF No. 22) are ADOPTED in full;

2. This action is DISMISSED without prejudice for lack of prosecution and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to enter judgment and close this file.

**DATED: October 11, 2022**

Troy L. Nunley
United States District Judge